# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CLINTON P. HARVEY & REBECCA R. HARVEY           Case Number: 05-72092
947 MESA DRIVE                SSN-xxx-xx-7173 & xxx-xx-9700
LAKE IN THE HILLS, IL  60156

Case filed on: 4/27/2005
Plan Confirmed on: 1/20/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $38,766.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY RICHARD T JONES | 2,194.00 | 2,194.00 | 2,194.00 | 0.00 |
|  | Total Legal | 2,194.00 | 2,194.00 | 2,194.00 | 0.00 |
| 009 | ISLAND NATIONAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NATIONWIDE CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | BLATT & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CCB CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | SUNRISE CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MEYER & NJUS, P.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | AMERICA'S SERVICING COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | NATHANIEL J. DORFMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | JOSEPHINE J. MICELI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 21,903.67 | 21,903.67 | 0.00 | 0.00 |
| 006 | ILLINOIS DEPARTMENT OF REVENUE | 2,713.35 | 2,713.35 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 24,617.02 | 24,617.02 | 0.00 | 0.00 |
| 999 | CLINTON P. HARVEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICREDIT | 12,775.00 | 12,775.00 | 6,872.30 | 2,098.48 |
| 002 | CHASE HOME FINANCE LLC | 99,466.43 | 0.00 | 0.00 | 0.00 |
| 003 | AMERICA SERVICING COMPANY | 11,420.25 | 6,217.53 | 6,217.53 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 14,226.04 | 14,226.04 | 7,652.86 | 2,336.90 |
| 005 | CITIFINANCIAL AUTO LTD | 13,277.42 | 12,500.00 | 6,724.33 | 2,053.37 |
| 027 | AMERICA SERVICING COMPANY | 450.00 | 244.99 | 244.99 | 0.00 |
|  | Total Secured | 151,615.14 | 45,963.56 | 27,712.01 | 6,488.75 |
| 001 | AMERICREDIT | 3,842.14 | 3,842.14 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 7,164.26 | 7,164.26 | 0.00 | 0.00 |
| 005 | CITIFINANCIAL AUTO LTD | 0.00 | 777.42 | 0.00 | 0.00 |
| 006 | ILLINOIS DEPARTMENT OF REVENUE | 575.22 | 575.22 | 0.00 | 0.00 |
| 008 | JEFFERSON CAPITAL SYSTEMS, LLC | 942.65 | 942.65 | 0.00 | 0.00 |
| 010 | PORTFOLIO RECOVERY ASSOCIATES | 6,553.37 | 6,553.37 | 0.00 | 0.00 |
| 011 | BENEFICIAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CAPITAL ONE | 504.74 | 504.74 | 0.00 | 0.00 |
| 014 | DISCOVER FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | HOMEFIRST HEALTH SERVICES | 2,786.01 | 2,786.01 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 1,443.81 | 1,443.81 | 0.00 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 578.68 | 578.68 | 0.00 | 0.00 |
| 022 | ASSET ACCEPTANCE CORP | 2,767.36 | 2,767.36 | 0.00 | 0.00 |
| 024 | MARSHALL FIELD | 993.99 | 993.99 | 0.00 | 0.00 |
|  | Total Unsecured | 28,152.23 | 28,929.65 | 0.00 | 0.00 |
|  | Grand Total: | 206,578.39 | 101,704.23 | 29,906.01 | 6,488.75 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $36,394.76 |
| Trustee Allowance: | $2,371.24 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                            /s/ Lydia S. Meyer
                                                         Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008                 By  /s/Heather M. Fagan